IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Pamela S. King, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00165 |
| v. | : | Judge Frost |
| Michael J. Astrue, Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

This matter is before the Court on Magistrate Judge Abel's September 25, 2012 Report and Recommendation that this case be remanded to the Commissioner. No objections have been filed to the Report and Recommendation. The Court, having reviewed the record *de novo*, adopts the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation.

    /s/  Gregory L. Frost
Gregory L. Frost
United States District Judge